UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
*****************************
DANIEL SMITH.

            Plaintiff,

              Civil Action No. 07-1127

      v.

MICHAEL J. ASTRUE, COMMISSIONER     **CONSENT ORDER FOR PAYMENT**
OF SOCIAL SECURITY,                **OF FEES PURSUANT TO THE EQUAL**
                                  **ACCESS TO JUSTICE ACT**
            Defendant.
*****************************

       This matter having been opened to the Court by Lawrence D. Hasseler for an Order awarding

attorney fees pursuant to the Equal Access to Justice Act, (28 U.S.C. § 2412), and it appearing that

GLENN T. SUDDABY, United States Attorney, and Andreea Lechleitner, Special Assistant United

States Attorney, attorneys for defendant, having consented to the entry of an Order awarding an

amount of two hundred sixty-four dollars ($264.00) in attorney fees and expenses, plus an additional

amount of three hundred and fifty dollars ($350.00) for costs, the Court having reviewed the record

in this matter;

       IT IS on this ⁷ day of   January, 2008;

       ORDERED that plaintiff be allowed a fee award under the Equal Access to Justice Act in

the amount of two hundred sixty-four dollars  ($264.00) in attorney fees and expenses, plus an

additional amount of three hundred and fifty dollars ($350.00) for costs, made payable to

plaintiff, and it is further;

ORDERED that the within matter is dismissed with prejudice.


_____
Fredrick J. Scullin, Judge
United States District Court


The undersigned hereby consent to the form and entry of the within order.


GLENN T. SUDDABY
United States Attorney


By:    /s Andreea Lechleitner
       Andreea Lechleitner
       Special Assistant U.S. Attorney
       Bar No. 513982

       Conboy, McKay Law Firm
       307 State Street
       Carthage, NY 13619


By:    s/Lawrence D. Hasseler
       Lawrence D. Hasseler
       Attorney for Plaintiff